**JS-6**
**Motion to Dismiss [doc 6] denied as moot**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERL BROWN II, an individual<br><br>Plaintiff,<br><br>v.<br><br>RECONTRUST COMPANY, an entity of unknown form; COUNTRYWIDE HOME LOANS, INC., a New York Corporation; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership; AMERICA'S WHOLESALE LENDER, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a Business Entity, form unknown; and DOES 1-100 inclusive<br>Defendants | **CASE NO: 2:10- CV 09495-JFW (AGRx)**<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE UNDER RULE 41(a) (i).**<br><br>**Date action filed: July 28, 2010**<br>**Judge: Hon. JOHN F. WALTER**<br>**Trial Date:     None set** |

The Court, having considered the Notice of Dismissal filed by Plaintiff DERL BROWN II ("Plaintiff'), by and through her counsel of record Azuka L. Uzoh issue the following order: Good cause appearing therefore, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice.

IT IS SO ORDERED.

DATED: December 22, 2010         _____
                                  Hon. JOHN F. WALTER
                                  Judge of the United States District Court

---
**- 1 -**
**PROPOSED ORDER OF DIMISSAL**